GLADYS LOWERY, Appellant, *v.* SYRACUSE UNIVERSITY, Respondent.

THOMAS J. LOWERY, Appellant, *v.* SYRACUSE UNIVERSITY, Respondent.

Argued March 12, 1940; decided April 16, 1940.

*Richard P. Byrne* for appellants.

*Robert E. Dineen* for respondent.

In each action: Judgment affirmed, with costs; no opinion. Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, and CONWAY, JJ. Taking no part: SEARS and LEWIS, JJ.